IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CHARLES LAM, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF TRAN ENTERPRISES, LLC, A NEVADA LIMITED LIABILITY COMPANY, AND AS TRUSTEE OF THE NT REVOCABLE LIVING TRUST DATED THE 15TH OF OCTOBER 2009, Appellant, vs. P. STERLING KERR, INDIVIDUALLY AND AS TRUSTEE OF THE NT LEGACY TRUST, DATED THE 15TH DAY OF OCTOBER 2009; NHU TRAN FOUNDATION, INC., A NEVADA NON-PROFIT CORPORATION; AND COURT APPOINTED RECEIVER, ROBERT ANSARA OF DUNHAM TRUST COMPANY, Respondents. | No. 83908 **FILED** JAN 13 2022 ELIZABETH A. BROWN CLERK OF SUPREME COURT BY _____ DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This pro se appeal was docketed on December 14, 2021, without payment of the requisite filing fee. *See* NRAP 3(e), (f). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to pay the filing fee would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

22-01355

cc: Hon. Mark R. Denton, District Judge
Charles Lam
Solomon Dwiggins & Freer, Ltd.
Lee Kiefer & Park, LLP
Marquis Aurbach Coffing
Eighth District Court Clerk